IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RUBY C. TUCKER,<br><br>                Plaintiff,<br><br>vs.<br><br>ALBERT J. HALLS, M.D.; PEOPLE'S HEALTH CENTER; JEFFREY D. MATTHES, M.D., DONALD H. BREIT, M.D., LINCOLN RADIOLOGY GROUP, P.C., PATRICK A KEELAN, M.D., PATHOLOGY MEDICAL SERVICES, P.C., CAROLYN S. CODY, M.D., and NEBRASKA SURGICAL SPECIALISTS, L.L.C. d/b/a LINCOLN BREAST CENTER,<br><br>                Defendants. | 4:13CV3209<br><br>NOTICE OF REMOVAL |

       Pursuant to 42 U.S.C. § 233(c), Defendants, Albert Halls, M.D. and People's Health Center remove to this Court the State Court civil action indicated in the attachments to this Notice.

       Defendants represent that:

       Defendants Albert Halls, M.D. and People's Health Center are defendants in the above captioned civil action which is pending in the District Court of Lancaster County, Nebraska, as case number CI 13 0001976. No trial has been had in that action. Copies of all process, pleadings and orders served upon Defendant in that action are attached to this notice as Exhibit A.

At all times relevant, Defendants were deemed employees of the United States of America under the authority of the Federally Supported Health Centers Assistance Act, 42, U.S.C. § 233.

Plaintiff in the state court action seeks general and special damages from Defendants Albert Hall, M.D. and People's Health Center and the other named defendants for acts of alleged medical negligence upon Plaintiff.

Plaintiff's claim for relief allegedly arises under Nebraska medical negligence law. However, Congress has provided that the exclusive remedy for such an alleged "wrongful" act of an employee of the United States Government, acting within the scope of his employment, shall be an action against the United States under the Federal Tort Claims Act, See Federally Supported Health Centers Assistance Act, 42, U.S.C. § 233(a) *et seq*. Attached hereto as Exhibit B is the certification of the United States Attorney that Defendants Albert Halls, M.D. and People's Health Center were acting within the scope of employment at time of the incident out of which the claim arose. Title 42 U.S.C. § 233(c) provides that this action shall be removed to United States District Court upon such certification.

Defendants pray that the above-captioned action, pending in the District Court of Lancaster County, Nebraska, be removed to this Court.

Dated this 10th day of December, 2013.

                                           Respectfully Submitted,

                                           ALBERT HALL, M.D. AND PEOPLE'S
                                           HEALTH CENTER,
                                           DEFENDANTS

                                           DEBORAH R. GILG
                                           United States Attorney
                                           District of Nebraska


                          By:    s/ Paul D. Boeshart
                                         PAUL D. BOESHART, 10365
                                         Assistant U.S. Attorney
                                         100 Centennial Mall North
                                         487 Federal Building
                                         Lincoln, NE  68508-3865
                                         Tel:  (402) 437-5241
                                         Fax:  (402) 437-5390
                                         E-mail: paul.boeshart@usdoj.gov


<u>REQUEST FOR TRIAL</u>

The United States of America requests that trial of this case be held at Lincoln, Nebraska, and that the case be calendared accordingly.

CERTIFICATE OF SERVICE

      I hereby certify that on December 10, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: N/A, and also hereby certify that a copy of the same has been served by regular mail, postage prepaid, to the following non-CM/ECF participants:

Andrew D. Sibbernsen
Westroads Office Park
1111 N 102 Ct. Suite 330
Omaha, NE  68114

William R. Settles
10306 Regency Parkway Dr.
Omaha, NE 68114

William L. Tannehill
Wells Fargo Center, Suite 80
1248 O Street
Lincoln, NE 68508

Thomas J. Shomaker
200 Century Professional Plaza
7000 Spring Street
Omaha, NE 68106

                                                                       s/ Paul D. Boeshart
                                                                       Paul D. Boeshart
                                                                       Assistant U.S. Attorney