Filed in Lancaster District Court
*** EFILED ***
Case Number: D02CI130001976
Transaction ID: 0000948295
Filing Date: 11/20/2013 02:03:20 PM CST
Doc. No. 413073

## SERVICE RETURN

LANCASTER DISTRICT COURT
575 S. 10th Street - 3rd Floor
SEPARATE JUVENILE COURT-4th Floor
Lincoln         NE 68508

To:
Case ID: CI 13   1976 Ruby C Tucker v. Albert J Halls

I hereby certify that on ____ ed copies of the Summons

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Albert J. Halls, M.D.
Peoples' Health Center
1021 N. 27th St.
Lincoln, NE 68503

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature: X Guevara  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): Patricia Guevara   C. Date of Delivery: 10/29
D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7012 0470 0001 1836 6592

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

Date. _____ BY: _____
(Sheriff or authorized person)

## CERTIFIED MAIL
## PROOF OF SERVICE

Copies of the Summons were mailed by certified mail,
TO THE PARTY: Albert J. Halls, M.D.
At the following address: People's Health Center 1021 N. 27th St., Lincoln, NE 68503

on the 28th day of October 2013, as required by Nebraska state law.

Postage $ 6.31    Attorney for: Andrew D. Sibbernsen #22969 Plaintiff

The return receipt for mailing to the party was signed on October 29, 2013.

To: Albert J Halls            From: Andrew D Sibbernsen
M.D. Peoples' Health Center        Westroads Office Park
1021 N. 27th St.                   1111 N 102 Ct, Ste 330
Lincoln, NE 68503                  Omaha, NE 68114-0000



EXHIBIT A

**ATTACH RETURN RECEIPT & RETURN TO COURT**

4:13-cv-03209-RGK-CRZ   Doc # 1-1   Filed: 12/10/13   Page 2 of 2 - Page ID # 6

Filed in Lancaster District Court
*** EFILED ***
Case Number: D02CI130001976
Transaction ID: 0000948295
Filing Date: 11/20/2013 03:03:20 PM CST

**SERVICE RETURN**

LANCASTER DISTRICT COURT
575 S. 10th Street - 3rd Floor
SEPARATE JUVENILE COURT-4th Floor
Lincoln                    NE 68508

To:
Case ID: CI 13    1976 Ruby C Tucker v. Albert J Halls

I hereby certify that on _____ copies of the Summons _____

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Peoples' Health Center
c/o Debra Shoemaker, Registered Agent
1021 N. 27th St.
Lincoln, NE 68503

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Guevara_    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Patricia Guevara
C. Date of Delivery: 10/29

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7012 0470 0001 1836 6868

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

- (Sheriff or authorized person)

## CERTIFIED MAIL
## PROOF OF SERVICE

Copies of the Summons were mailed by certified mail,
TO THE PARTY: _People's Health Center_
At the following address: _c/o Debra Shoemaker, Registered Agent_
_1021 N. 27th St., Lincoln, NE 68503_

on the _28th_ day of _October_ _2013_, as required by Nebraska state law.

Postage $ _6.31_    Attorney for: _Andrew D. Sibbernsen #22969_
                                 _Plaintiff_

The return receipt for mailing to the party was signed on _October 29, 2013_.

To: People's Health Center
    C/O Debra Shoemaker, Reg.Agent
    1021 N. 27th St.
    Lincoln, NE 68503

From: Andrew D Sibbernsen
      Westroads Office Park
      1111 N 102 Ct, Ste 330
      Omaha, NE 68114-0000

**ATTACH RETURN RECEIPT & RETURN TO COURT**