IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RUBY C. TUCKER, | ) | |
| | ) | |
| Plaintiff, | ) | 4:13CV3209 |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES, JEFFREY D. MATTHES, M.D., DONALD H. BREIT, M.D., LINCOLN RADIOLOGY GROUP, P.C., PATRICK A. KEELAN, M.D., PATHOLOGY MEDICAL SERVICES, P.C., CAROLYN S. CODY, M.D., and NEBRASKA SURGICAL SPECIALISTS, L.L.C. d/b/a LINCOLN BREAST CENTER, | ) ) ) ) ) ) ) ) ) ) | **JUDGMENT** |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pursuant to the court's Memorandum and Order filed this date, FINAL JUDGMENT is entered, providing that (1) all claims alleged against the United States are dismissed without prejudice; and (2) this action is remanded to the District Court of Lancaster County, Nebraska.

DATED this 6th day of March, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge